AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

WILLIAM WESLEY,

    Plaintiff,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

                      CASE NUMBER:   3:09-CV-0213-ECR (RAM)

BILL DONAT, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action shall be **DISMISSED** without prejudice.

 August 31, 2009                          **LANCE S. WILSON**
                                                     Clerk

                                              /s/ M. Campbell
                                                 Deputy Clerk